```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF NEBRASKA

SHANE MATTHEW McKINLEY,       )
                              )
            Plaintiff,        )          8:09CV426
                              )
      v.                      )
                              )
STATE OF NEBRASKA,            )          ORDER
                              )
            Defendant.        )
_____)
```

Plaintiff filed a motion for leave to proceed in forma pauperis (Filing No. 2).  Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis.  Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted.

DATED this 2nd day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court